# United States District Court
EASTERN DISTRICT OF WISCONSIN

STEVEN HALLAM,

          Plaintiff,

v.

NEENAH FOUNDRY COMPANY,

          Defendant.

**JUDGMENT IN A CIVIL CASE**
Case No. 21-C-1190

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☐   **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of Steven Hallam, and against Neenah Foundry Company in the amount of $15,000.00.

Approved: s/ William C. Griesbach
WILLIAM C. GRIESBACH
United States District Judge

Dated: July 21, 2022

GINA M. COLLETTI
Clerk of Court

s/ Terri Lynn Ficek
(By) Deputy Clerk