UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

STEVEN P. HALLAM

    Plaintiff,

v.                                                     Case No: 21-cv-1190

NEENAH FOUNDRY COMPANY

    Defendant

## PLAINTIFF'S MOTION FOR APPROVAL OF ATTORNEYS' FEES AND COSTS

NOW COMES Plaintiff, Steven P. Hallam, by and through his counsel, Walcheske & Luzi, LLC, and hereby respectfully Motions this Court for Approval of Attorneys' Fees and Costs on the grounds set forth herein and in the accompanying Declarations.

1. The FMLA provides that "the court in such an action shall, in addition to any judgment awarded to the plaintiff, allow a reasonable attorney's fee, reasonable expert witness fees, and other costs of the action to be paid by the defendant." 29 U.S.C. § 2617(a)(3)

2. This Court entered a judgment "in favor of Steven Hallam, and against Neenah Foundry Company in the amount of $15,000.00," ECF No. 28; thus, Plaintiff's attorneys' fees and costs are awardable in the present case.

3. An award of Plaintiff's counsel's attorneys' fees in the amount of $16,470.00 is reasonable; and

4. An award of Plaintiff's counsel's case-related costs and expenses of $455.00 is reasonable.

**WHEREFORE**, Plaintiff respectfully requests that this Court grant his Motion for Approval of Attorneys' Fees and Costs in the total amount of $16,925.00 as set forth herein.

Dated this 1st day of August, 2022

                                                                WALCHESKE & LUZI, LLC
                                                                Counsel for Plaintiff

                                                                **s/ *David M. Potteiger***
                                                                James A. Walcheske, State Bar No. 1065635
                                                                Scott S. Luzi, State Bar No. 1067405
                                                                David M. Potteiger, State Bar No. 1067009

WALCHESKE & LUZI, LLC
235 N. Executive Drive, Suite 240
Brookfield, Wisconsin 53005
Phone: (262) 780-1953
Fax: (262) 565-6469
Email: jwalcheske@walcheskeluzi.com
Email: sluzi@walcheskeluzi.com
Email: dpotteiger@walcheskeluzi.com